EXHIBIT A

U.S. v. MICHAEL ALLEN STARKWEATHER

5:22-cr-00271-SVW

MICHAEL ALLEN STARKWEATHER'S SENTENCING

MEMORANDUM; EXHIBITS

Dear Judge,

I don't know how to start a letter like this, but I'm 16 turning 17 and daughter of Mike starkweather. My dad, he's a great father and yes he has messed up a lot, I know. I am not writting this letter, not to give excuses on his behalf; but, just to ask that you don't go to harsh on him. He is a very important person in my brothers, and in my life too. I have come to terms with the fact that he won't be their when I graduate or when I turn 18, and thats ok, I guess I can say I should have known. I don't want my brother to have to say the same. So what I am asking is, my brother is turning 11 this year meaning he is going to graduate in 7 years, so if you could somehow give him a sentence that he'll be out by my brothers graduation and 18th so he doesn't go threw what I am would be very appreciated by myself. I do not know what else to say to convince you, so I will leave this letter as is. I do have one more ask, can you please tell my dad I love him and that he shouldn't worry about me and that I will be ok.

Thank you,

Sinceraly,

Mikes daughter ▇

EXHIBIT B

U.S. v. MICHAEL ALLEN STARKWEATHER

5:22-cr-00271-SVW

MICHAEL ALLEN STARKWEATHER'S SENTENCING

MEMORANDUM; EXHIBITS

Dear: Judge Wilson

I Hope this letter finds you in Good Health And Spirits.
Your Honor I am A Father of 3, A 21yr old Daughter A 16yr old Daughter And A 10 yr old Son, They All Need ME Out There especially My Son to Show Him Whats What And How To be A Man, I'm Sure you Understand What I Mean. I Know I've gotten Myself into A Big Mess Right Now, I Sincerly Apoligize for My Imature Actions. I've Been Struggling With My Addiction to Meth For A long time And it Seems I Make Bad Choices Sometimes Without THinking When I'm on Meth, But One Thing I Know is I'm Not A Violent Person Nor Have I Ever Hurt or Tried to Hurt Anyone in My Life. The day I Was Arrested My cousin pulled in the drive-way Comes Running in the House Frantic Screaming that Are Friend Jimmy Had Been Stabbed And He didn't Know What to do that is When I Jumped Up Ran Outside And Went To The Passenger Side Of The Car Where My Friend Was Sitting in The Car There Was A Blood Spot The Size Of A Silver Dollar on His Shirt right Where His Heart Would Be, I Then lifted His Shirt to Find A Hole in His Chest And tried to Ask if He Was ok, He Couldn't Even Talk, He Was So Out of it, I Then Told My Cousin's Wife to Call 911 To get Him Help, Thats When Cops Showed up And Searched The House And Found What They Found And Took Me To Jail And My Friend Jimmy Was Rushed To The Hospital And Had to get Open Heart Surgery, THankfully He Survived Because Of ME Having Them Call 911 If Not He Would →

HAVE Anything To do WITH My CASE, I Just Thought you Should Know What Really Took Place THAT Night And Just Hope You CAN Be As LEENYANT As Possible WITH THE TIME You give ME PLEASE", Again My Son Really Needs ME Out THERE, PRISON Really HasENT Helped ME AT ALL WHAT I Need is "REHAB".

Again Thank-you For Taking THE TIME TO READ THIS Letter And I Hope You HAVE A BLESSED day.

Sincerly

[signature]